# SECOND DEPARTMENT, DECEMBER, 1928.

CAESAR CONTINI, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.

SEEGER, J. (dissenting). The appeal is from an order denying a motion for a change of venue, and from an order denying a motion for reargument of such motion. The original motion papers present a convincing argument for a change of venue upon the ground of convenience of witnesses. The motion is to change

the venue from a metropolitan county to a rural county, where a speedy trial can be had, and it should be granted for that reason. (*Mills* v. *Sparrow*, 131 App. Div. 241; *Archer* v. *McIlravy*, 86 id. 512.) The change of venue is sought to the county where the accident happened and where the witnesses to the accident reside, and should be granted for that reason also. (*Jacobs* v. *Davis*, 65 App. Div. 144.)